# EXHIBIT A



**PROCLAMATION OF STATE OF EMERGENCY
TO ALL CITIZENS AND PERSONS WITHIN THE CITY OF ASBURY
PARK AND TO ALL DEPARTMENTS, DIVISIONS AND BUREAUS OF THE
MUNICIPAL GOVERNMENT OF THE CITY OF ASBURY PARK:**

**WHEREAS,** peaceful assemblies are the lifeblood of our democracy based on the Constitutional rights guaranteed to all citizens of the United States of America; and

**WHEREAS,** in the past week, individuals have engaged in legal and peaceful protests throughout the nation; and

**WHEREAS,** during the same timeframe, certain individuals have engaged in behavior that has endangered the health and safety of residents of their respective cities; and

**WHEREAS,** the civil disturbances have continued and grown nationally and in the State of New Jersey, endangering lives and property; and

**WHEREAS,** on June 1, 2020 a peaceful protest is scheduled at 801 Bangs Avenue in Asbury Park in support of social justice and police accountability; and

**WHEREAS,** the City of Asbury Park, its Mayor and Council, and the Asbury Park Police Department stand in full solidarity with the Asbury Park community in promotion of a peaceful demonstration; and

**WHEREAS,** the City of Asbury Park, its Mayor and Council and the Asbury Park Police Department denounce the actions of the officers involved in the murder of George Floyd and any acts of police misconduct; and

**WHEREAS,** in order to protect the safety of the organizers and attendees of the peaceful demonstration on June 1, 2020, certain precautionary safety measures must be taken; and

**WHEREAS,** pursuant to the powers vested in me by **N.J.S.A. App. A:9-40.5** and by ordinances adopted by the City of Asbury Park, and other relevant authority, I have the authority to declare a **STATE OF LOCAL DISASTER EMERGENCY** within the City of Asbury Park; and

**WHEREAS,** the aforesaid laws authorize the promulgation of such orders, rules, regulations, and emergency management operations as are necessary to meet the various problems which have or may be presented by such an emergency.

1

**NOW, THEREFORE, IN ACCORDANCE WITH** the aforesaid laws, given current exigent circumstances, I do hereby declare, in order to continue to protect the residents of the City of Asbury Park, the following:

1. That a **STATE OF LOCAL DISASTER EMERGENCY** exists within the City of Asbury Park
2. As part of the **STATE OF LOCAL DISASTER EMERGENCY**, a limited curfew is imposed for the City of Asbury Park beginning at 8:00 p.m. on Monday, June 1, 2020 and shall expire on Tuesday, June 2, 2020 at 5:00 a.m. unless further extended.
    a. During the hours of curfew, all persons are prohibited from using, standing, sitting, travelling or being present on any public street or in any public place, including for the purpose of travel, with the following exemptions:
        i. All law enforcement, firefighters, paramedics or other medical personnel, as well as any other emergency response personnel authorized by the State of New Jersey, and credentialed members of the media.
        ii. Individuals traveling directly to and from work; attending religious services; commercial trucking and delivery services; obtaining food; caring for a family member, friend, or animal; patronizing or operating private businesses; seeking medical care or fleeing dangerous circumstances; and travel for any of the above services.
    b. For purposes of this order, "travel" includes, without limitation, travel on foot, bicycle, skateboard, scooter, motorcycle, automobile, or public transit, or any other mode of transporting a person from one location to another.
    c. For purposes of this order, "public place" means any place, whether on privately or publicly owned property, accessible to the general public, including but not limited to public streets and roads, alleys, highways, driveways, sidewalks, parks, vacant lots, and unsupervised property.
    d. For purposes of this order, "exempt care" means necessary medical services for an individual's self or family member.

As declared by Emergency Management Coordinator, Garrett Giberson, Jr. and Mayor John Moor on June 1, 2020.