# EXHIBIT B

A copy of Gustavo Martínez's video of the events leading up to and including his arrest on the night of June 1, 2020 is hosted on YouTube at
https://www.youtube.com/watch?v=bvClM_aBEM4&feature=youtu.be.

The original video is available at
https://twitter.com/newsguz/status/1267638156368719874?s=20.