# EXHIBIT C

# COMPLAINT - SUMMONS (DEFENDANT'S COPY)

**COMPLAINT NUMBER:** 1303 S 2020 000783
COURT CODE | PREFIX | YEAR | SEQUENCE NO.

ASBURY PARK MUNICIPAL COURT
ONE MUNICIPAL PLAZA
ASBURY PARK    NJ    07712-0000
732-775-1765    COUNTY OF: MONMOUTH

**THE STATE OF NEW JERSEY**
**VS.**
**GUSTAVO MARTINEZ**
ADDRESS: [redacted]

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 20AP11948 |

**COMPLAINANT NAME:** AMIR BERCOVICZ

**DEFENDANT INFORMATION**
SEX: M    EYE COLOR: BROWN    DOB: [redacted]
DRIVER'S LIC. #: [redacted]    DL STATE: NJ
SOCIAL SECURITY #: [redacted]    SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 06/01/2020 in ASBURY PARK CITY, MONMOUTH County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY, PURPOSELY FAIL TO OBEY AN ORDER TO DISPERSE.

**in violation of:**

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:33-1B | | |
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Signed: AMIR BERCOVICZ    Date: 06/02/2020

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS**
YOU ARE HEREBY SUMMONED to appear before the Municipal Court in the county of: MONMOUTH
at the following address: ASBURY PARK MUNICIPAL COURT
ONE MUNICIPAL PLAZA    ASBURY PARK    NJ 07712-0000
If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest: 06/01/2020    Appearance Date: 06/12/2020    Time: 10:00AM    Phone: 732-775-1765

Signature of Person Issuing Summons: AMIR BERCOVICZ    Date: 06/02/2020

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT-SUMMONS (DEFENDANT'S COPY)
Page 3 of 7    NJ/CDR1 1/1/2017