Shireen A. Barday (admitted *pro hac vice*)
Stephanie L. Silvano (N.J. Bar No. 168182016)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2621
SBarday@gibsondunn.com
SSilvano@gibsondunn.com

Goutam U. Jois (N.J. Bar No. 037412007)
SIEGEL TEITELBAUM & EVANS, LLP
260 Madison Avenue, 22nd Floor
New York, NY 10016
(212) 455-0300
gjois@stellp.com

*Attorneys for Plaintiff Gustavo Martínez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUSTAVO MARTÍNEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ASBURY PARK, MONMOUTH COUNTY, BOROUGH OF BELMAR, AMIR BERCOVICZ, DEWITT BACON, DANIEL SAVASTANO, WILLIAM WHITLEY, and JOHN DOE OFFICERS 1–14,<br><br>Defendants. | Civil Action No. 3:20-8710-AET-DEA |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully moves this Court to withdraw as counsel of record attorney Patrick Hayden for Plaintiff Gustavo Martínez, as Mr. Hayden will no longer be affiliated with Gibson, Dunn & Crutcher LLP as of May 4, 2021.

The withdrawal of counsel will not result in any delay as Plaintiff will continue to be represented by attorneys from Gibson, Dunn & Crutcher LLP.

Accordingly, the undersigned counsel and Plaintiff respectfully request that attorney Patrick Hayden be permitted to withdraw from this matter as counsel for Plaintiff and be removed from the Court's service list for all CM/ECF notices.

Dated: May 3, 2021
New York, New York

By: *s/ Stephanie L. Silvano*

| | |
|---|---|
| Shireen A. Barday (admitted *pro hac vice*) | Goutam U. Jois (N.J. Bar No. 037412007) |
| Stephanie L. Silvano (N.J. Bar No. 168182016) | SIEGEL TEITELBAUM & EVANS, LLP |
| GIBSON, DUNN & CRUTCHER LLP | 260 Madison Avenue, 22nd Floor |
| 200 Park Avenue | New York, NY 10016 |
| New York, NY 10166 | (212) 455-0300 |
| (212) 351-2621 | gjois@stellp.com |
| SBarday@gibsondunn.com | |
| SSilvano@gibsondunn.com | |

*Attorneys for Plaintiff Gustavo Martínez*