# GIBSON DUNN

Gibson, Dunn & Crutcher LL

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
Fax: +1 212.716.0780
SSilvano@gibsondunn.com

June 10, 2022

VIA ECF

The Honorable Douglas E. Arpert
United State District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Gustavo Martínez v. City of Asbury Park et al.,* No. 3:20-cv-08710-AET-DEA

Dear Judge Arpert:

We serve as counsel for Plaintiff Gustavo Martínez in the above-captioned matter (the "Action"). We write jointly on behalf of all parties to provide a joint status report and respectfully request that the Court provide the parties an additional 30 days within which to either submit papers resolving the Action or provide a joint status report if circumstances prevent resolution of the matter by then.

On January 11, 2022, the parties reached a settlement agreement in principle at a settlement conference before Your Honor. The current deadline for the parties to submit papers resolving the Action or providing a joint status report is today, June 10, 2022.

To date, the parties have exchanged drafts of a settlement agreement, but they have not yet finalized the draft settlement agreement and those efforts remains ongoing. To provide the necessary time to finalize a settlement agreement, the parties respectfully request that the Court grant the parties an additional 30 days within which to either submit papers resolving the Action or provide a joint status report if circumstances prevent resolution of the matter by then. All parties consent to this joint request.

Respectfully submitted,

*/s/ Stephanie L. Silvano*

cc:   All counsel of Record (via ECF)