# GIBSON DUNN

*ORDER*

Gibson, Dunn & Crutcher LL

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
Fax: +1 212.716.0780
SSilvano@gibsondunn.com

August 16, 2022

VIA ECF

The Honorable Douglas E. Arpert
United State District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Gustavo Martínez v. City of Asbury Park et al.*, No. 3:20-cv-08710-AET-DEA

Dear Judge Arpert:

We serve as counsel for Plaintiff Gustavo Martínez in the above-captioned matter (the "Action"). We write jointly on behalf of all parties to provide a joint status report and respectfully request that the Court provide the parties an additional 30 days within which to either submit papers resolving the Action or provide a joint status report if circumstances prevent resolution of the matter by then.

On January 11, 2022, the parties reached a settlement agreement in principle at a settlement conference before Your Honor. The current deadline for the parties to submit papers resolving the Action or providing a joint status report is today, August 16, 2022.

To date, the parties have exchanged drafts of a settlement agreement. On July 13, 2022, counsel for Plaintiff and counsel for the Asbury Park Defendants met and conferred to substantially narrow the remaining issues in the draft settlement agreement. Last week, counsel for the Asbury Park Defendants sent counsel for Plaintiff a revised draft settlement agreement, which reflects the substantially narrowed issues that remain to be finalized. But the parties have not yet finalized the draft settlement agreement and those efforts remains ongoing. To provide the necessary time to finalize a settlement agreement, the parties respectfully request that the Court grant the parties an additional 30 days within which to either submit papers resolving the Action or provide a joint status report if circumstances prevent resolution of the matter by then. All parties consent to this joint request.

*granted*

Respectfully submitted,

/s/ Stephanie L. Silvano

So Ordered –
s/ [signature]
 USMJ

cc:   All counsel of Record (via ECF)

C:\Users\24818\Desktop\Attorney Work
Files\2022\August\16\DNJ - Martinez\Martinez - Joint Letter
to Court (2022.08.16) - FINAL_105665345_3.DOCX

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.