GIBSON, DUNN & CRUTCHER LLP
Stephanie L. Silvano (New Jersey Bar No. 168182016)
200 Park Avenue
New York, NY  10166-0193
T: 212.351.4000
F: 212.351.4035
E: SSilvano@gibsondunn.com

*Attorney for Plaintiff Gustavo Martínez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUSTAVO MARTÍNEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ASBURY PARK, MONMOUTH COUNTY, BOROUGH OF BELMAR, AMIR BERCOVICZ, DEWITT BACON, DANIEL SAVASTANO, WILLIAM WHITLEY, and JOHN DOE OFFICERS 1–14,<br><br>Defendants. | Civil Action No. 3:20-8710-AET-DEA |

**STIPULATION OF DISMISSAL OF ACTION AND ALL CLAIMS
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Gustavo Martínez and Defendants City of Asbury Park, Amir Bercovicz, Dewitt Bacon, Daniel Savastano, William Whitley, Borough of Belmar, and Monmouth County hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

//

//

//

  /s/ Stephanie L. Silvano
Stephanie L. Silvano
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
T: 212-351-2621

*Attorney for Plaintiff Gustavo Martínez*

Dated:  June 7, 2023

  /s/ Roshan Deven Shah
Roshan Deven Shah
Anderson & Shah, LLC
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
T: 732-398-6545

*Attorney for Defendants City of Asbury Park, Amir Bercovicz, Dewitt Bacon, Daniel Savastano, and William Whitley*

Dated:  June 7, 2023

  /s/ Patrick Varga
Thomas E. Monahan
Dasti, Murphy, McGuckin, Ulaky, Koutsouris & Connors
620 West Lacey Road
P.O. Box 1057
Forked River, NJ 08731
T: 609-971-1010

*Attorney for Defendant Borough of Belmar*

Dated:  June 7, 2023

  /s/ Robyn B. Gigl
Robyn B. Gigl
Fay L. Szakal
Gluck Walrath
4 Paragon Way
Suite 400
Freehold, NJ 07728
T: 732-530-8822

*Attorney for Defendant County of Monmouth*

Dated:  June 7, 2023